| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>KENEALY LAW OFFICES<br>Cecilia Balenti-Moddelmog, SBN 137506<br>327 College Street, Suite 103<br>Woodland, California 95695 Ph: 530-669-7736 | FILED<br><br>10 AUG -2 PM 3: 04<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY: _____ |
| ATTORNEYS FOR: BOAZ Q. BALENTI, Plaintiff | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOAZ Q. BALENTI,<br><br>  v.          Plaintiff(s),<br><br>See attached Schedule B<br><br>                     Defendant(s) | CASE NUMBER:<br><br>SACV10-01159 CJC MLGx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for BOAZ Q. BALENTI,
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**
(List the names of all such parties and identify their connection and interest.)

**CONNECTION**

None

July 29/10
Date

_Cecilia Balenti-Moddelmog_ (signature)

Cecilia Balenti-Moddelmog
Attorney of record for or party appearing in pro per

SCHEDULE B

| | |
|---|---|
| CITY OF ANAHEIM POLICE OFFICER SCOTT McMANUS (IN HIS OFFICIAL AND PERSONAL CAPACITIES); CITY OF ANAHEIM POLICE OFFICER RONALD LEDESMA (IN HIS OFFICIAL AND PERSONAL CAPACITIES); CITY OF ANAHEIM POLICE OFFICER CRAIG FRIESEN (IN HIS OFFICIAL AND PERSONAL CAPACITIES); CITY OF ANAHEIM POLICE OFFICER KENNETH WEBER (IN HIS OFFICIAL AND PERSONAL CAPACITIES); CITY OF ANAHEIM POLICE OFFICER JAMES WEBER (IN HIS OFFICIAL AND PERSONAL CAPACITIES); UNIDENTIFIED CITY OF ANAHEIM POLICE OFFICERS DOES 1-10; CITY OF ANAHEIM; CITY OF ANAHEIM POLICE DEPARTMENT; CITY OF ANAHEIM CHIEF OF POLICE    JOHN WELSTER; CITY OF BUENA PARK POLICE OFFICER THOMAS REYES (IN HIS OFFICIAL AND PERSONAL CAPACITIES); CITY OF BUENA PARK POLICE OFFICER ROGER PLUMLEE (IN HIS OFFICIAL AND PERSONAL CAPACITIES); CITY OF BUENA PARK POLICE OFFICER FRANK NUNES (IN HIS OFFICIAL AND PERSONAL CAPACITIES); AND UNIDENTIFIED CITY OF BUENA PARK POLICE OFFICERS DOES 10-20; CITY OF BUENA PARK; CITY OF BUENA PARK POLICE DEPT; BUENA PARK POLICE CHIEF TOM MONSON; COUNTY OF ORANGE; ORANGE COUNTY DISTRICT ATTORNEY TONY RACKAUCKAS (IN HIS OFFICIAL AND PERSONAL CAPACITIES); and unidentified administrative agencies DOES 20 through 30, inclusive,<br><br>Defendants. | CASE NO:<br><br>COMPLAINT FOR DAMAGES; CIVIL RIGHTS VIOLATIONS (42 USC § 1983, 1984 1986 and 1988) AND SUPPLEMENTAL STATE LAW CLAIMS<br><br>[DEMAND FOR JURY TRIAL] |