UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 10-01159-CJC(MLGx)                    Date:  September 25, 2012

Title: BOAZ Q. BALENTI V. CITY OF ANAHEIM POLICE OFFICER SCOTT MCMANUS ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Michelle Urie                              N/A
Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO PLAINTIFFS TO SHOW CAUSE REGARDING WHY CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiff Boaz Q. Balenti brings this action for claims arising from a collision between his vehicle and a vehicle driven by Investigator Scott McManus of the Anaheim Police Department.  Plaintiff asserts causes of action for (1) violation of his Fourth and Fourteenth Amendment rights under 42 U.S.C. §§ 1983, 1985, 1986, and 1988; (2) supervisorial responsibility for those violations; (3) municipal liability for violations of constitutional rights; and, (4) conspiracy to violate civil rights under 42 U.S.C. §§ 1983, 1985(2), 1985(3), and 1986.  Plaintiff has stated these causes of action against several defendants who have never appeared in this action, including the County of Orange, Anaheim police officers Ronald Ledesma, Craig Friesen, Kenneth Weber, and James Weber, and Anaheim Chief of Police John Welter.  It does not appear that these defendants were ever served with the original complaint, the first amended complaint, or any other papers in this case.

///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 10-01159-CJC(MLGx)          Date: September 25, 2012
                                          Page 2

      Accordingly, the Court hereby **ORDERS** Plaintiff to show cause why his claims against the above-listed defendants should not be dismissed with prejudice for failure to prosecute. Plaintiff must file a written opposition to this order to show cause by **Monday, October 29, 2012**. The matter will stand submitted upon receipt of Plaintiff's opposition.

jmc

MINUTES FORM 11
CIVIL-GEN                                                      Initials of Deputy Clerk MU