# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 765-5169
FAX (714) 765-5123

| | |
|---|---|
| BOAZ Q. BALENTI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM POLICE OFFICER SCOTT McMANUS, et al,<br><br>    Defendants. | Case No.:   SACV10-1159 CJC (JPRx)<br><br>Assigned to:  Hon. Cormac J. Carney<br>Dept.:           9B<br><br>**JUDGMENT ON JURY VERDICT**<br><br>Trial Date:   July 23, 2013<br>Time:        9:00 a.m.<br>Place:       Ctrm. 9B<br><br>Action Filed:  12/02/10<br>Trial Date:    July 23, 2013 |

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 765-5169
FAX (714) 765-5123

This action came on regularly for trial on July 23, 2013 in Courtroom 9B of the United States District Court, the Hon. Cormac J. Carney, presiding; the Plaintiffs appeared by attorney John P. Kenealy and Cecelia Balenti-Moddelmog, Kenealy Law Offices, and the Defendants appeared by attorney Moses W. Johnson, IV, Assistant City Attorney and Jesse Jacobs, Deputy City Attorney.

A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a special verdict. The jury deliberated and thereafter returned into Court with its verdict as follows:

1. Did Plaintiff prove by a preponderance of evidence that Officer McManus violated his civil rights by using unreasonable (excessive) force in arresting and/or detaining him?

_____ Yes      \_\_\_X\_\_\_ No

It appearing by reason of said verdict that: Defendants are entitled to judgment against Plaintiff.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Plaintiff take nothing by his first amended complaint filed herein on December 20, 2010, and that Defendants City of Anaheim and Scott McManus have and recover from Plaintiff, their costs to be awarded at a later date.

DATED: 8/7/13

_____
HON. CORMAC J. CARNEY
United States Judge